UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESEE
CHATTANOOGA

| | |
|---|---|
| Kenneth Andrew Colbaugh, § <br> Individually and as Surviving Spouse § <br> of Tabatha Marie Colbaugh § <br> f/k/a Tabatha Marie Smith § <br> (Deceased), JE through next friend JH § <br> NR through next friend SR, and LC § <br> through next friend EH, § <br> Plaintiffs, § <br> § <br> § <br> § <br> Vs. § <br> § <br> Meigs County, § <br> The Estate of Robert J. Leonard § <br> c/o Neal Pinkston Administrator § <br> Ad Litem, and John Doe 1-10 § <br> Defendants. § | Case No. 1:24-cv-00151 <br><br> Hon. Clifton L. Corker <br> Mag. Christopher H. Steger |

## (proposed) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THE SMITH MOTION TO INTERVENE AS INTERVENTION IS NOW MOOT

This Court having reviewed Plaintiff's Motion to Dismiss the Smith Motion to Intervene as Intervention is Now Moot and being fully advised thereon;

IT IS HEREBY ORDERED that Plaintiff Smith's Motion to Intervene is dismissed as moot for the reasons set forth in Plaintiff's Motion to Dismiss the

Smith Motion to Intervene as Intervention is Now Moot is dismissed for the reasons set forth In Plaintiff's Motion and Brief in Support.

Date: /s/