UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| KENNETH ANDREW COLBAUGH,<br>Individually and as a surviving spouse of<br>Tabatha Marie Colbough f/k/a/<br>Tabatha Marie Smith, *et al.*,<br><br>*Plaintiffs*,<br><br>~v~<br><br>MEIGS COUNTY, *et al.*,<br><br>*Defendants*. | § § § § § § § § § § § § § § | No. 1:24-cv-151-DCLC-CHS<br><br>Jury Demanded<br><br><br><br>CONSOLIDATED |
| TABITHA MARIE SMITH (Deceased),<br>by and through her adult child<br>NATHAN ALEXANDER SMITH, *et al.*,<br><br>*Plaintiffs,*<br><br>~v~<br><br>MEIGS COUNTY GOVERNMENT, *et al.,*<br><br>*Defendants*. | § § § § § § § § § § § § § | No. 1:24-cv-104- DCLC-CHS |

## DECLARATION OF ROBIN RUBEN FLORES

1. I am counsel for Plaintiff Nathan Alexander Smith, and I make this declaration based upon first-hand information. I am over 18-years old and competent to make this declaration.

2. I am counsel in two matters pending in the Eastern District of Tennessee in case numbers 1:19-cv-304 and 305, *White v. Hamilton County Government, et al.,* and *Mitchell v. Hamilton County Government, et al* which are set to begin July 29, 2024. I and my co-counsel in those two matters (Andrew Clarke) are presently preparing for the trials. These preparations

~ 1 ~

include meeting Judge Travis McDonough's scheduling orders (i.e.: witness lists, motions in limine, etc.). The preparations also include securing witnesses, preparing trial exhibits, and coordinating with defense counsel to meet Judge McDonough's requirements. These two matters have been pending since 2019.

3. Additionally, I am a solo attorney in my practice, and have multiple matters aside from the instant case and the two jury trials that require me to prepare for as well and my participation.

4. The issues that the County raised in its motion to dismiss will require time for me to fully research and to draft my response. I prefer not to respond in a hurry.

5. On June 21, 2024, I contacted counsel for the County who stated that they do not have any objection to an extension to August 12, 2024.

I declare under penalty of perjury that the facts I state are true and correct to the best of my knowledge and understanding.

/s/ *Robin Ruben Flores*

~ 2 ~

Case 1:24-cv-00104-DCLC-CHS   Document 58-1   Filed 06/21/24   Page 2 of 2   PageID #: 295