UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KENNETH ANDREW COLBAUGH, Individually and as Surviving Spouse of Tabitha Marie Colbaugh f/k/a Tabitha Marie Smith, et. al.,  ) ) ) ) ) | |
| *Plaintiffs,*  ) | CASE NO. 1-24-cv-151 |
| vs.  ) ) | JURY DEMAND |
| MEIGS COUNTY, et. al.,  ) ) | |
| *Defendants.*  ) ) | CONSOLIDATED |
| TABITHA MARIE SMITH (Deceased), By and through her adult child NATHAN ALEXANDER SMITH, *et. al.,*  ) ) ) ) | CASE NO. 1:24-cv-104 |
| *Plaintiffs,*  ) | |
| vs.  ) ) | |
| MEIGS COUNTY GOVERNMENT, *et. al.*  ) ) | |
| *Defendants.*  ) | |

**JOINT STIPULATION FOR EXTENSION OF TIME TO
ANSWER AMENDED COMPLAINT [DOC. 52]**

Comes now undersigned counsel for all parties and gives notice to the Court that the named Defendant, Estate of Robert J. Leonard, has requested an extension of time to respond to Plaintiff Smith's Amended Complaint filed on May 30, 2024 (Doc. 52), to which all counsel has agreed, and these parties have further agreed to stipulate that the Estate of Robert J. Leonard, shall be granted an extension up to and including July 12, 2024 with which to file an answer or responsive pleading to Plaintiff Smith's Amended Complaint (Doc. 52).

This stipulation is made pursuant to *Rules 6(b) and 12(b)* of the *Federal Rules of Civil Procedure and E.D. Tenn. L.R. 12.1 (a)*.

1

Respectfully Submitted,

DAVIS & HOSS, P.C.

**s/ Janie Parks Varnell**
Janie Parks Varnell, BPR #031256
Edith Logan Davis, BPR# 038138
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
*Attorneys for Estate of Robert J. Leonard*

THOMAS & THOMAS

**/s/ Michael Mason Thomas**
W. Neil Thomas, III, BPR #4536
Michael Mason Thomas, BPR #29423
6148 Lee Highway, Suite 115
Chattanooga, TN 37363
*Attorneys for Plaintiff*

FLORES LAW OFFICE

**/s/ Robin Ruben Flores**
Robin R. Flores, BPR #20751
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
*Attorney for Plaintiff*

OLIVER BELL GROUP

**/s/ Alyson Oliver**
Alyson Oliver, MI State #P55020
50 W. Big Beaver Road, Suite 200
Troy, MI 48084
*Attorneys for Plaintiff*

MICHEL & WARD, P.C.

**/s/ Alix C. Michel**
Alix C. Michel, BPR #24243
David J. Ward, BPR #13449
735 Broad Street, Suite 406
Chattanooga, TN 37402
*Attorneys for Meigs County Government*