| | |
|---|---|
| TABITHA MARIE SMITH (Deceased), by and through her adult child NATHAN ALEXANDER SMITH, and NATHAN ALEXANDER SMITH, <br><br>*Plaintiffs,* <br><br>~v~ <br><br>MEIGS COUNTY GOVERNMENT, and <br><br>ESTATE OF ROBERT J. LEONARD (Deceased), by and through Neal Pinkston as Administrator *ad Litem*, <br><br>*Defendants*. | No. 1:24-cv-104-DCLC-CHS <br><br>JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P., RULE 41(a)(1)(A)(i)

PLAINTIFF, Nathan Alexander Smith ("Plaintiff"), pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(i), hereby gives notice to the Court, the Clerk of Court, and the Defendants of his intent to voluntarily dismiss his claims in the Complaint (DE 1), and the Amended Complaint (DE 46) *without prejudice*.

Respectfully submitted,

By: /s/ *Robin Ruben Flores*
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Attorney for Plaintiff
4110-A Brainerd Road
Chattanooga, TN 37411
O: (423) 267-1575
F: (423) 267-2703
robin@robinfloreslaw.com

~ 1 ~

THOMAS & THOMAS, LLC

By: /s/ *Michael Thomas* (by permission)
    **W. NEIL THOMAS**
    **TENN. BPR #004536**
    **MICHAEL THOMAS**
    **TENN. BPR #29423**
    Attorneys for Plaintiff
    6148 Lee Highway, Suite 115
    Chattanooga, TN 37421
    O: (423) 910-9100 F: (423) 356-3082
    wnthomas@twtlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned attorney for Nathan Alexander Smith hereby certifies that true and exact copies of this motion have been filed and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

By: /s/ Robin Ruben Flores

~ 2 ~