UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **TABITHA MARIE SMITH (Deceased)** (aka Tabatha Marie Colbaugh), by and through her surviving children **NATHAN ALEXANDER SMITH,** JE through next friend JH, NR through next friend SR, and LC through next friend EH, And **NATHAN ALEXANDER SMITH,** NR through next friend SR, JE through next friend JH, and LC through next friend EH, (individually), *Plaintiffs,* v. **MEIGS COUNTY, and** **ESTATE OF ROBERT J. LEONARD** (Deceased) by and through Neal Pinkston As Administrator *ad Litem*, | No. 1:24-cv-151-DCLC-CHS **JURY DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW,** Attorney Janie Parks Varnell, and hereby submits this Notice of Withdrawal of counsel pursuant to Local Rule 83.4(f) of the *Local Rules of the Eastern District of Tennessee*. Counsel will begin a new position with the Hamilton County Government on February 3, 2025. Attorney Bryan Hoss and Edith Logan Davis remain on the case as attorneys of record.

1

Respectfully submitted,

**DAVIS & HOSS, P.C.**

/s/ Janie Parks Varnell
Bryan H. Hoss, BPR #021529
Janie Parks Varnell, BPR #031256
Edith Logan Davis, BPR# 038138
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax
*Attorneys for Estate of Robert J. Leonard*

## CERTIFICATE OF SERVICE

I herby certify that a true and exact copy of this pleading has been served on all interested parties via the Court's electronic filing system.

This the 28th day of January, 2025.

s/Janie Parks Varnell