UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| KENNETH ANDREW COLBAUGH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:24-CV-00151-DCLC-CHS |
| | ) |
| MEIGS COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter came before the Court on August 27, 2024 for a telephonic case management conference to address Plaintiffs' conflicting claims of the statutory right to prosecute this wrongful death action. The parties requested approximately 60 days to complete discovery on the issue. Accordingly, it is hereby **ORDERED** that the parties shall have until **October 31, 2024** to complete discovery, which shall be limited to the issue of who possesses the right to bring a wrongful death action under Tennessee law. It is further **ORDERED** that the parties shall submit written briefs on the issue on or before **December 6, 2024**. Responsive briefs shall be filed on or before **December 20, 2024**.

    **SO ORDERED:**

                                    s/Clifton L. Corker
                                    United States District Judge