UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| KENNETH ANDREW COLBAUGH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:24-CV-00151-DCLC-CHS |
| | ) | |
| MEIGS COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiffs' Joint Motion for Case Management Conference [Doc. 44]. Following a case management conference on August 27, 2024, the Court entered a briefing schedule to address Plaintiffs' conflicting claims of the statutory right to prosecute this wrongful death action [Doc. 43]. The parties currently have until October 31, 2024 to complete discovery and briefing is scheduled to be complete by December 20, 2024 [*Id*]. Considering the "potential appellate issues that may arise from Plaintiffs submitting the fact intensive inquiry for determination via briefs" and "the inherent delay involved in briefing the standing issue," Plaintiffs seek to resolve the issue solely by way of an expedited evidentiary hearing [Doc. 44, pg. 2]. Accordingly, Plaintiffs request an additional case management conference to discuss the matter further or the issuance of an order eliminating the briefing schedule and scheduling an evidentiary hearing in November or December 2024.

Considering the foregoing and in the interests of efficiency, Plaintiffs' motion [Doc. 44] is well-taken and **GRANTED**. It is hereby **ORDERED** that the briefing deadlines contained in the Court's August 30, 2024 Order are **CANCELLED**. It is further **ORDERED** that the parties shall

1

appear before the undersigned for an evidentiary hearing on **November 18, 2024, at 10:30 a.m. EST**, in Courtroom 3 of the Joel W. Solomon Federal Building, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee.

    **SO ORDERED:**

s/Clifton L. Corker  
United States District Judge
