IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| KENNETH ANDREW COLBAUGH, et al., | ) |
| | ) 1:24-CV-00151-DCLC-CHS |
| v. | ) |
| | ) |
| MEIGS COUNTY SHERIFF'S DEPARTMENT, et al., | ) Hon. Clifton L. Corker |
| | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO THE SHERIFF, OR ANY DULY AUTHORIZED DEPUTY SHERIFF - GREETING

    We command that you have the body of __Kenneth Colbaugh__, detained in the __Meigs County Jail__, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of __Chattanooga__, on __November 18, 2024__, at __9:00 am__, there to testify the truth according to his knowledge in certain matters to be presented to the Federal District Court, and immediately after the said __Kenneth Colbaugh__, shall have given his testimony before the Court, that you return him to his place of confinement, under safe and secure conduct, and have you then and there this writ.

    And as by order of said District Court it is directed, if said official so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said __Kenneth Colbaugh__, into his custody and possession at his place of confinement, and under safe and secure conduct to have him before the Judge of our said District Court at the time and place aforesaid for the purpose aforesaid, and to return him to his place of confinement.


LeAnna Wilson, Clerk of the Court


By: _____
       Deputy Clerk