UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESEE
CHATTANOOGA

| | | |
|---|---|---|
| Kenneth Andrew Colbaugh, Individually and as Surviving Spouse of Tabatha Marie Colbaugh f/k/a Tabatha Marie Smith (Deceased), JE through next friend JH NR through next friend SR, and LC through next friend EH,<br>    Plaintiffs, | § § § § § § § § § § § | Case No. 1:24-cv-00151<br><br>Hon. Clifton L. Corker<br>Mag. Christopher H. Steger |
| Vs. | § § | |
| Meigs County, The Estate of Robert J. Leonard c/o Neal Pinkston Administrator Ad Litem, and John Doe 1-10<br>    Defendants. | § § § § § | |

## PLAINTIFF COLBAUGH'S MOTION FOR WRIT OF HABEAS CORPUS

NOW COMES PLAINTIFF KENNETH COLBAUGH, by and through his counsel, hereby moves this Honorable Court for the issuance of a Writ of Habeas Corpus to appear to testify in Court in the evidentiary hearing scheduled for November 18, 2024 in this matter pursuant to 28 U.S.C. 2254 and for reasons more fully set forth in the accompanying Brief.

1

Date: September 27, 2024

OLIVER BELL GROUP

*/s/ Alyson Oliver*_____
Alyson Oliver*
50 W. Big Beaver Road Ste. 200
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

SUMMERS, RUFOLO, &
RODGERS, P.C.
Jeffrey Rufolo
BPR No. 015013
Attorney for Plaintiffs
SUMMERS, RUFOLO, &
RODGERS, P.C.
735 Broad Street, Suite 800
Chattanooga, Tennessee 37402
Telephone: (423) 265-2385
Facsimile: (423) 266-5211


*Admitted Pro hac vice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESEE
CHATTANOOGA

| | | |
|---|---|---|
| Kenneth Andrew Colbaugh, | § | |
| Individually and as Surviving Spouse | § | |
| of Tabatha Marie Colbaugh | § | Case No. 1:24-cv-00151 |
| f/k/a Tabatha Marie Smith | § | |
| (Deceased), JE through next friend JH | § | Hon. Clifton L. Corker |
| NR through next friend SR, and LC | § | Mag. Christopher H. Steger |
| through next friend EH, | § | |
|     Plaintiffs, | § | |
| | § | |
| | § | |
| | § | |
| Vs. | § | |
| | § | |
| Meigs County, | § | |
| The Estate of Robert J. Leonard | § | |
| c/o Neal Pinkston Administrator | § | |
| Ad Litem, and John Doe 1-10 | § | |
|     Defendants. | § | |

## **PLAINTIFF COLBAUGH'S BRIEF IN SUPPORT OF MOTION FOR WRIT OF HABEAS CORPUS**

NOW COMES PLAINTIFF KENNETH COLBAUGH, by and through his counsel, hereby moves this Honorable Court for the issuance of a Writ of Habeas Corpus to appear to testify in Court in the evidentiary hearing scheduled for November 18, 2024 in this matter pursuant to 28 USC 2241 and for reasons more fully set forth below.

Kenneth Colbaugh is currently in the custody of Meigs County and being held at the Meigs County jail at 410 River Road Decatur, TN 37322 on pending state law

3

charges. He is a necessary witness for the upcoming evidentiary hearing scheduled for November 18, 2024 wherein his standing in this case has been challenged.

Date: September 27, 2024

OLIVER BELL GROUP

*/s/ Alyson Oliver*_____
Alyson Oliver*
50 W. Big Beaver Road Ste. 200
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

SUMMERS, RUFOLO, &
RODGERS, P.C.
Jeffrey Rufolo
BPR No. 015013
Attorney for Plaintiffs
SUMMERS, RUFOLO, &
RODGERS, P.C.
735 Broad Street, Suite 800
Chattanooga, Tennessee 37402
Telephone: (423) 265-2385
Facsimile: (423) 266-5211


*Admitted Pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

OLIVER BELL GROUP

By: /s/ Alyson Oliver
Alyson Oliver, MI State Bar # P55020
notifications@oliverlawgroup.com
50 W. Big Beaver Rd. Troy, MI 48084
T: (248) 327-6556