UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KENNETH ANDREW COLBAUGH, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24-cv-151-DCLC-CHS |
| | ) | Lead Case |
| MEIGS COUNTY GOVERNMENT and | ) | Member Case No. 1:24-cv-104-DCLC-CHS |
| ROBERT J. LEONARD, *deceased*, | ) | |
| *c/o Neil Pinkston, Administrator Ad Litem*, | ) | |
| | ) | |
| *Defendants*, | ) | |

## AMENDED ORDER

Plaintiff Kenneth Colbaugh moves for the issuance of a Writ of Habeas Corpus ad testificandum [*see* Doc. 51; member case Doc. 85] to appear as a witness in the evidentiary hearing scheduled on November 18, 2024, before the Honorable Clifton L. Corker at the Joel W. Solomon Federal Building, United States Courthouse, in Chattanooga, Tennessee.

For good cause shown, said motions are **GRANTED** and the requested writ shall be issued by this Court.

**SO ORDERED.**

**ENTER**.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE